Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED BY MAIL

AUG 1 8 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 8 2008

FILED
CLERK'S OFFICE

**FILED**

AUG 1 9 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE: GENETICALLY MODIFIED RICE LITIGATION
   LKZ, Inc., et al. v. Bayer CropScience, LP,  )
      E.D. Arkansas, C.A. No. 2:08-141                    )      MDL No. 1811
   Zachary Northcutt Farms v. Bayer CropScience, LP, )
      E.D. Arkansas, C.A. No. 2:08-142                    )

## CONDITIONAL TRANSFER ORDER (CTO-22)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 248 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

AUG 1 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GENETICALLY MODIFIED RICE LITIGATION            MDL No. 1811

INVOLVED COUNSEL LIST (CTO-22)

Andy D. Birchfield, Jr.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103-4160

Russell Davy Carter, III
P.O. Box 628
Cabot, AR 72023

Don M. Downing
GRAY RITTER & GRAHAM PC
701 Market Street
Suite 800
St. Louis, MO 63101-1826

Terry R. Lueckenhoff
FOX GALVIN LLC
One S. Memorial Drive
12th Floor
St. Louis, MO 63102